37 A.3d 588

**ESTATE OF Rose WEISS.**

**Petition of Marc J. Weiss.**

**No. 91 EM 2011.**

Supreme Court of Pennsylvania.

Feb. 10, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of February, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**